**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6993**

OLEE WONZO ROBINSON,

  Petitioner - Appellant,

  v.

WARDEN DAVE LOU,

  Respondent - Appellee.

Appeal from the United States District Court for the District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge.  (5:20-hc-02200-BO)

Submitted:  April 20, 2026                                         Decided:  April 27, 2026

Before KING and THACKER, Circuit Judges, and KEENAN, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Olee Wonzo Robinson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Olee Wonzo Robinson seeks to appeal the district court's order granting his motion for reconsideration in part, vacating the court's dismissal order, and reopening Robinson's case. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Robinson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Robinson's motion to appoint counsel and suspend proceedings and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2